UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  
SANTIAGO, JEANETTE

Case No.: 17-17808 (VFP)  
Chapter: 7  
Judge: VINCENT F. PAPALIA

## NOTICE OF PROPOSED ABANDONMENT

<u>Jay L. Lubetkin</u>, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | James J. Waldron, Clerk<br>US Bankruptcy Court,<br>District of New Jersey<br>MLK Jr. Federal Building<br>50 Walnut Street<br>Newark, NJ 07102 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable VINCENT F. PAPALIA on JULY 11, 2017 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom No. 3B. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | 299 Valley Road<br>Clark, NJ 07066<br><br>Current Market Value: $337,765.00 |
|---|---|

| Liens on property: | $458,977.00 |
|---|---|

| Amount of equity claimed as exempt: | $0.00 |
|---|---|

Objections must be served on, and requests for additional information directed to:

| NAME: | /s/Jay L. Lubetkin, Chapter 7 Trustee |
|---|---|
| FIRM NAME: | Rabinowitz, Lubetkin & Tully, L.L.C. |
| ADDRESS: | 293 Eisenhower Parkway, Suite 100, Livingston, New Jersey 07039 |
| TELEPHONE NO: | (973) 597-9100 |
| SUBMITTED BY: | Jay L. Lubetkin   POSITION: Chapter 7 Trustee   PHONE: (973)597-9100 |
| DATED: | June 1, 2017 |

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-17808-VFP
Jeanette Santiago                                                         Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2             Date Rcvd: Jun 01, 2017
                              Form ID: pdf905          Total Noticed: 42

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 03, 2017.
```
db           +Jeanette Santiago,    299 Valley Rd,    Clark, NJ 07066-2600
516772521    +Amex,    Po Box 297871,    Fort Lauderdale, FL 33329-7871
516772522     Amex,    PO Box 981535,    El Paso, TX 79998-1535
516772525    +Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
516772526    +Clark Township-Sewer Utility,    430 Westfield Ave,    Clark, NJ 07066-1732
516772529     Express Scripts,    PO Box 790227,    Saint Louis, MO 63179-0227
516772534    +KML Law Group, P.C.,    216 Haddon Ave, Ste 406,    Collingswood, NJ 08108-2812
516772533    +Karen A Ermel, LLC,    7 West Main St,    Mendham, NJ 07945-1248
516772537    +Macy's,    P.O. Box 183083,    Columbus, OH 43218-3083
516772539    +Midland Funding,    2365 Northside Dr Ste 30,    San Diego, CA 92108-2709
516772541    +Miller, Meyerson & Corbo,    35 Journal Square, Suite #1105,    Jersey City, NJ 07306-4007
516772542    +Morris County Court Special Civil Part,    PO Box 910,    Morristown, NJ 07963-0910
516772543   ++NISSAN MOTOR ACCEPTANCE CORPORATION,    LOSS RECOVERY,    PO BOX 660366,    DALLAS TX 75266-0366
             (address filed with court: Nissan-infiniti Lt,    2901 Kinwest Pkwy,    Irving, TX 75063)
516772546    +Northland Group Inc,    P.O. Box 390905,    Minneapolis, MN 55439-0905
516772547    +Phillips & Cohen Associates, Ltd.,    PO Box 5790,    Hauppauge, NY 11788-0164
516772549     Pressler & Pressler, LLP,    7 Entin Rd,    Parsippany, NJ 07054-5020
516772550    +Robert K. Solodare, Officer,    PO Box 270,    Chatham Twp, NJ 07928-0270
516772553   ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
               TRENTON NJ 08646-0245
             (address filed with court: State of New Jersey,    Division of Taxation,    P.O. Box 283,
               Trenton, NJ 08695)
516772552    +State of New Jersey,    Office of New Jersey General,    25 Market St,    P.O. Box 119,
               Trenton, NJ 08625-0119
516772555    +Td Bank Usa/targetcred,    Po Box 673,    Minneapolis, MN 55440-0673
516772556    +Union County Court -SC part,    2 Broad Street,    Elizabeth, NJ 07201-2202
516772557    +Union County Court Family Division,    2 Broad Street,    Elizabeth, NJ 07201-2202
516772558    +Union County Court Special Civil Part,    2 Broad Street,    Elizabeth, NJ 07201-2202
516772559    +Wolkstein, Von Ellen & Brown, LLC,    959 South Springfield Avenue,    Springfield, NJ 07081-3558
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: usanj.njbankr@usdoj.gov Jun 01 2017 22:54:55     U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 01 2017 22:54:51     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
cr           +E-mail/PDF: gecsedi@recoverycorp.com Jun 01 2017 22:51:19
               Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,    Norfolk, VA 23541-1021
516772524    +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jun 01 2017 22:55:18
               Bayview Loan Servicing, LLC,    4425 Ponce De Leon Blvd #5,    Miami, FL 33146-1837
516772523     E-mail/Text: bkmailbayview@bayviewloanservicing.com Jun 01 2017 22:55:18
               Bayview Loan Servicing, LLC,    62516 Collection Center Drive,    Chicago, IL 60693-0625
516772527     E-mail/PDF: creditonebknotifications@resurgent.com Jun 01 2017 22:50:58     Credit One Bank,
               PO Box 60500,    City of Industry, CA 91716-0500
516772528    +E-mail/Text: dcbendush@msn.com Jun 01 2017 22:54:38     David C. Bendush,
               310 Springfield Ave, Suite 10,    Berkeley Heights, NJ 07922-1286
516772531     E-mail/Text: cio.bncmail@irs.gov Jun 01 2017 22:54:25     Internal Revenue Service,
               1111 Constitutional Avenue, N.W.,    Washington, DC 20224
516772535    +E-mail/Text: bnckohlsnotices@becket-lee.com Jun 01 2017 22:54:14     Kohls/capone,
               Po Box 3115,    Milwaukee, WI 53201-3115
516772536     E-mail/Text: dcbendush@msn.com Jun 01 2017 22:54:38     Law Office of David C. Bendush,
               310 Springfield Ave, Suite 10,    Berkeley Heights, NJ 07922-1286
516772538    +E-mail/Text: bkr@cardworks.com Jun 01 2017 22:54:02     Merrick Bank,    Po Box 9201,
               Old Bethpage, NY 11804-9001
516772540    +E-mail/Text: bankruptcydpt@mcmcg.com Jun 01 2017 22:54:51     Midland Funding, LLC,
               PO Box 603,    Oaks, PA 19456-0603
516772544    +E-mail/Text: bnc@nordstrom.com Jun 01 2017 22:54:21     Nordstrom FSB,
               Attention: Account Services,    Po Box 6566,    Englewood, CO 80155-6566
516772545    +E-mail/Text: bnc@nordstrom.com Jun 01 2017 22:54:22     Nordstrom/td,    13531 E Caley Ave,
               Englewood, CO 80111-6505
516772548    +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 01 2017 23:08:47
               Portfolio Recovery Ass,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4952
516772551    +E-mail/Text: paola.flores@rwjbh.org Jun 01 2017 22:55:47
               Robert Wood Johnson University Hospital,    P.O. Box 1515,    Elizabeth, NJ 07207-1515
516775104    +E-mail/PDF: gecsedi@recoverycorp.com Jun 01 2017 22:50:54     Synchrony Bank,
               c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
516772554     E-mail/PDF: gecsedi@recoverycorp.com Jun 01 2017 22:50:54     Synchrony Bank,    P.O. Box 965064,
               Orlando, FL 32896-5064
                                                                                             TOTAL: 18
```

```
District/off: 0312-2          User: admin                Page 2 of 2                  Date Rcvd: Jun 01, 2017
                              Form ID: pdf905            Total Noticed: 42

            ***** BYPASSED RECIPIENTS (continued) *****

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516772532*    ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
                PHILADELPHIA PA 19101-7346
               (address filed with court:   Internal Revenue Service,    44 South Clinton Ave,
                Trenton, NJ 08601)
516772530*    +Internal Revenue Service,   P.O. Box 7346,   Philadelphia, PA 19101-7346
                                                                                             TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 03, 2017                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 1, 2017 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC, A DELAWARE LIMITED
               LIABILITY COMPANY dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Jay L. Lubetkin    jlubetkin@rltlawfirm.com,    NJ57@ecfcbis.com,lvala@rltlawfirm.com,
               rgaydos@rltlawfirm.com
              Jay L. Lubetkin    on behalf of Trustee Jay L. Lubetkin jlubetkin@rltlawfirm.com,
               NJ57@ecfcbis.com,lvala@rltlawfirm.com,rgaydos@rltlawfirm.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
              Yakov  Rudikh    on behalf of Debtor Jeanette  Santiago yrudikh@gmail.com,
               rudikhlawgroup@gmail.com;mrudikh@gmail.com;zk1313@gmail.com
                                                                                             TOTAL: 5
```