**Information to identify the case:**

| Debtor 1 | Jeanette Santiago | Social Security number or ITIN  xxx–xx–2252 |
|---|---|---|
|  | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
|  |  | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 17–17808–VFP | |

# Order of Discharge                                                                          12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Jeanette Santiago

7/14/17                                                                **By the court:**  Vincent F. Papalia
                                                                                                    United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318    **Order of Discharge**    page 2

United States Bankruptcy Court
District of New Jersey

In re:  
Jeanette Santiago  
    Debtor

Case No. 17-17808-VFP  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 2     Date Rcvd: Jul 14, 2017  
                  Form ID: 318     Total Noticed: 42

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 16, 2017.

```
db             +Jeanette Santiago,    299 Valley Rd,    Clark, NJ 07066-2600
516772526      +Clark Township-Sewer Utility,    430 Westfield Ave,    Clark, NJ 07066-1732
516772529       Express Scripts,    PO Box 790227,    Saint Louis, MO 63179-0227
516772534      +KML Law Group, P.C.,    216 Haddon Ave, Ste 406,    Collingswood, NJ 08108-2812
516772533      +Karen A Ermel, LLC,    7 West Main St,    Mendham, NJ 07945-1248
516772539      +Midland Funding,    2365 Northside Dr Ste 30,    San Diego, CA 92108-2709
516772541      +Miller, Meyerson & Corbo,    35 Journal Square, Suite #1105,    Jersey City, NJ 07306-4007
516772542      +Morris County Court Special Civil Part,    PO Box 910,    Morristown, NJ 07963-0910
516772543     ++NISSAN MOTOR ACCEPTANCE CORPORATION,    LOSS RECOVERY,    PO BOX 660366,    DALLAS TX 75266-0366
               (address filed with court: Nissan-infiniti Lt,    2901 Kinwest Pkwy,    Irving, TX 75063)
516772546      +Northland Group Inc,    P.O. Box 390905,    Minneapolis, MN 55439-0905
516772547      +Phillips & Cohen Associates, Ltd.,    PO Box 5790,    Hauppauge, NY 11788-0164
516772549       Pressler & Pressler, LLP,    7 Entin Rd,    Parsippany, NJ 07054-5020
516772550      +Robert K. Solodare, Officer,    PO Box 270,    Chatham Twp, NJ 07928-0270
516772553     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court: State of New Jersey,    Division of Taxation,    P.O. Box 283,
                 Trenton, NJ 08695)
516772552      +State of New Jersey,    Office of New Jersey General,    25 Market St,    P.O. Box 119,
                 Trenton, NJ 08625-0119
516772556      +Union County Court -SC part,    2 Broad Street,    Elizabeth, NJ 07201-2202
516772557      +Union County Court Family Division,    2 Broad Street,    Elizabeth, NJ 07201-2202
516772558      +Union County Court Special Civil Part,    2 Broad Street,    Elizabeth, NJ 07201-2202
516772559      +Wolkstein, Von Ellen & Brown, LLC,    959 South Springfield Avenue,    Springfield, NJ 07081-3558
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 14 2017 22:38:22     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 14 2017 22:38:20     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr             +EDI: RMSC.COM Jul 14 2017 22:28:00     Synchrony Bank c/o PRA Receivables Management, LLC,
                 PO BOX 41021,    Norfolk, VA 23541-1021
516772522       EDI: AMEREXPR.COM Jul 14 2017 22:28:00      Amex,    PO Box 981535,    El Paso, TX 79998-1535
516772521      +EDI: AMEREXPR.COM Jul 14 2017 22:28:00      Amex,    Po Box 297871,
                 Fort Lauderdale, FL 33329-7871
516772524      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jul 14 2017 22:38:40
                 Bayview Loan Servicing, LLC,    4425 Ponce De Leon Blvd #5,    Miami, FL 33146-1837
516772523       E-mail/Text: bkmailbayview@bayviewloanservicing.com Jul 14 2017 22:38:40
                 Bayview Loan Servicing, LLC,    62516 Collection Center Drive,    Chicago, IL 60693-0625
516772525      +EDI: CHASE.COM Jul 14 2017 22:28:00      Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
516772527       EDI: RCSFNBMARIN.COM Jul 14 2017 22:28:00      Credit One Bank,    PO Box 60500,
                 City of Industry, CA 91716-0500
516772528      +E-mail/Text: dcbendush@msn.com Jul 14 2017 22:38:12     David C. Bendush,
                 310 Springfield Ave, Suite 10,    Berkeley Heights, NJ 07922-1286
516772531       EDI: IRS.COM Jul 14 2017 22:28:00      Internal Revenue Service,
                 1111 Constitutional Avenue, N.W.,    Washington, DC 20224
516772535      +EDI: CBSKOHLS.COM Jul 14 2017 22:28:00      Kohls/capone,    Po Box 3115,
                 Milwaukee, WI 53201-3115
516772536      +E-mail/Text: dcbendush@msn.com Jul 14 2017 22:38:12     Law Office of David C. Bendush,
                 310 Springfield Ave, Suite 10,    Berkeley Heights, NJ 07922-1286
516772537       EDI: TSYS2.COM Jul 14 2017 22:28:00      Macy’s,    P.O. Box 183083,    Columbus, OH 43218-3083
516772538      +EDI: MERRICKBANK.COM Jul 14 2017 22:28:00      Merrick Bank,    Po Box 9201,
                 Old Bethpage, NY 11804-9001
516772540      +EDI: MID8.COM Jul 14 2017 22:28:00      Midland Funding, LLC,    PO Box 603,
                 Oaks, PA 19456-0603
516772544      +E-mail/Text: bnc@nordstrom.com Jul 14 2017 22:38:01     Nordstrom FSB,
                 Attention: Account Services,    Po Box 6566,    Englewood, CO 80155-6566
516772545      +E-mail/Text: bnc@nordstrom.com Jul 14 2017 22:38:02     Nordstrom/td,    13531 E Caley Ave,
                 Englewood, CO 80111-6505
516772548      +EDI: PRA.COM Jul 14 2017 22:28:00      Portfolio Recovery Ass,    120 Corporate Blvd Ste 1,
                 Norfolk, VA 23502-4952
516772551      +E-mail/Text: rwjebn@rwjbh.org Jul 14 2017 22:38:58     Robert Wood Johnson University Hospital,
                 P.O. Box 1515,    Elizabeth, NJ 07207-1515
516775104      +EDI: RMSC.COM Jul 14 2017 22:28:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
516772554       EDI: RMSC.COM Jul 14 2017 22:28:00      Synchrony Bank,    P.O. Box 965064,
                 Orlando, FL 32896-5064
516772555      +EDI: WTRRNBANK.COM Jul 14 2017 22:28:00      Td Bank Usa/targetcred,    Po Box 673,
                 Minneapolis, MN 55440-0673
                                                                                              TOTAL: 23
```

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Jul 14, 2017
                              Form ID: 318             Total Noticed: 42
```

```
              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516772532*      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                  PHILADELPHIA PA 19101-7346
                 (address filed with court:   Internal Revenue Service,     44 South Clinton Ave,
                  Trenton, NJ 08601)
516772530*      +Internal Revenue Service,    P.O. Box 7346,    Philadelphia, PA 19101-7346
                                                                                       TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 16, 2017                                         Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 14, 2017 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC, A DELAWARE LIMITED
               LIABILITY COMPANY dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Jay L. Lubetkin    jlubetkin@rltlawfirm.com,    NJ57@ecfcbis.com,lvala@rltlawfirm.com,
               rgaydos@rltlawfirm.com
              Jay L. Lubetkin    on behalf of Trustee Jay L. Lubetkin jlubetkin@rltlawfirm.com,
               NJ57@ecfcbis.com,lvala@rltlawfirm.com,rgaydos@rltlawfirm.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
              Yakov Rudikh    on behalf of Debtor Jeanette  Santiago yrudikh@gmail.com,
               rudikhlawgroup@gmail.com;mrudikh@gmail.com;zk1313@gmail.com
                                                                                             TOTAL: 5
```